IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GUSTAVO CARRERA-GARCIA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN F. KELLY, Secretary of the Department of Homeland Security (DHS); THOMAS D. HOMAN, Director of U.S. Immigration and Customs Enforcement (ICE) and its Office of Enforcement and Removal Operations (ERO); LAURA MCNEER, ICE/ERO Director, Salt Lake City Field Office; KIERAN DONAHUE, Sheriff of Canyon County; CANYON COUNTY; in their official capacities, <br><br> Defendants. | Case No. 1:17-cv-00225-DCN <br><br> **ORDER OF DISMISSAL** |

THIS MATTER, having come before the Court on the stipulation of the parties (Dkt. 39) and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-entitled matter be dismissed, with prejudice, each party shall bear their own costs and attorney's fees associated with the dismissal of the above-named Defendants.

DATED: January 10, 2019

David C. Nye
Chief U.S. District Court Judge

ORDER OF DISMISSAL - 1